UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUCHELL CINQUE MAGEE, | ) | No. CV 16-1715 AB (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| J. SOTO, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: August 25, 2016

ANDRÉ BIROTTE JR.
United States District Judge